# CIVIL WARRANT
## Court of General Sessions

**STATE OF TENNESSEE, COUNTY OF** Unicoi

To Any Lawful Officer To Execute and Return:

Case No. 19916

Plaintiff: Peter Blackshaw
Address: 245 Tellries Rd, Erwin TN 37650
Phone: 828-273-3793

vs.

Defendant: MSC Industrial
Address: 75 Maxess Rd, Melville NY 11747

Summon MSC Industrial, 75 Maxess Rd, Melville N.Y. 11747

To appear before the General Sessions Court of Unicoi County, Tennessee.

To be held in Erwin, TN on the 24 day of April 20 12 at 2:30 p.m.

then and there to answer in a civil action brought by Peter Blackshaw

for Unpaid non-mature stock options lost as a result of wrongful termination. I filed a age discrimination charge with the grants

Under $ 25,000.00 Federal EEOC on 2/27/12 and was fired on 3/16/12.
Plus court cost of $ 182.50

Darren C. Shelton, Clerk
By: [signature] Deputy Clerk
Issued: 3-19-20 12
Set for: April 24, 2012 at 2:30 pm

RECEIVED 2012 MAR 26 PM 12:02 SECRETARY OF STATE

EXHIBIT A