IN THE GENERAL SESSIONS OF UNICOI COUNTY, TENNESSEE

| | | |
|---|---|---|
| PETER BLACKSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Warrant No.: 19916 |
| | ) | |
| MSC INDUSTRIAL, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE, that Defendant MSC Industrial Direct Co., Inc. (incorrectly identified in Plaintiff's Civil Warrant as "MSC Industrial") has filed in the United States District Court for the Eastern District of Tennessee the attached Notice of Removal and removed this case to that Court pursuant to 28 U.S.C. § 1331. A copy of the Notice of Removal filed with the federal court is attached hereto as Exhibit 1 in accordance with 28 U.S.C. § 1446(d).

Respectfully submitted,

*Pamela R. Irons*
O. John Norris, III (TN Bar No. 017504)
Pamela R. Irons (TN Bar No. 023707)
JACKSON LEWIS LLP
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: norrisj@jacksonlewis.com
ironsp@jacksonlewis.com

Attorneys for Defendant

EXHIBIT B

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2012, I served a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** via U.S. Mail, postage prepaid on the following:

> Peter Blackshaw
> 205 T. Harris Rd.
> Flag Pond, TN 37657
>
> *Pro Se Plaintiff*

*/s/ Pamela R. Irons*

4828-1664-5391, v. 1