

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Nashville Area Office

50 Vantage Way, Suite 202
Nashville, TN 37228-1526
(615) 736-5820
TTY (615) 736-5870
FAX (615) 736-2107

RECEIVED MAR 1 2 2012

March 02, 2012

MSC INDUSTRIAL DIRECT -ALL (CONSOLI
Attn: Human Resources Director
75 Maxess Rd
Melville, NY 11747

Peter D. Blackshaw Vs. MSC INDUSTRIAL DIRECT -ALL (CONSOLI
Re: EEOC Charge No. 494-2012-00967

Dear Manager:

An EEOC Form 131 – Notice of Charge of Discrimination is being submitted to you at this time with "no action" required as our office is awaiting a signed and dated charge of discrimination from the potential Charging Party. Upon receipt of the signed and dated charge, our office will at that time send the signed charge to your organization with a revised copy of the EEOC Form 131 with completed information for your action.

Sincerely,

Sarah L. Smith
Area Office Director

**EXHIBIT 1**

| EEOC FORM 131 (11/09) | U.S. Equal Employment Opportunity Commission | |
|---|---|---|
| MSC INDUSTRIAL DIRECT -ALL (CONSOLI<br>Attn: Human Resources Director<br>75 Maxess Rd<br>Melville, NY 11747 | PERSON FILING CHARGE<br><br>Peter D. Blackshaw | |
| | THIS PERSON (check one or both)<br>[ ] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) | |
| | EEOC CHARGE NO.<br>494-2012-00967 | |

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[X] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____ If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Sylvia D. Hall,
Supervisory Investigator
EEOC Representative

Telephone (615) 736-5855

Nashville Area Office
220 Athens Way
Suite 350
Nashville, TN 37228
Fax: (615) 736-2107

Enclosure(s): [ ] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race   [ ] Color   [ ] Sex   [ ] Religion   [ ] National Origin   [X] Age   [ ] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

ISSUES: Suspension

DATE(S) (on or about): EARLIEST: 02-17-2012    LATEST: 02-17-2012

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| March 1, 2012 | Sarah L. Smith,<br>Area Office Director | *Sara Smith/EEOC* |

*Enclosure with EEOC*
*Form 131 (11/09)*

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14 Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action. The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected. The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 207(f) of GINA, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes. The Equal Pay Act contains similar provisions. Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made. Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.