UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| PETER BLACKSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:12-cv-00167 |
| | ) | |
| MSC INDUSTRIAL DIRECT CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Order, the Defendant's Motion for Summary Judgment [doc. 78] is hereby **GRANTED**. This case is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

    s/ Leon Jordan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
    CLERK OF COURT